U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - ALEXANDRIA

JAN - 8 2009

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| EFRAIN BENITEZ<br>FED. REG. NO. 40312-018 | CIVIL ACTION NO. 08-1018 |
| VS. | SECTION P<br>JUDGE TRIMBLE |
| WARDEN, U.S. PENITENTIARY | MAGISTRATE JUDGE KIRK |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED THAT** petitioner's Application for Federal Writ of Habeas Corpus Under 28 U.S.C. §2241 be **DENIED** and **DISMISSED WITH PREJUDICE** for lack of jurisdiction.

**THUS DONE AND SIGNED**, in chambers, at Alexandria, Louisiana, on this 8th day of January, 2009.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE